# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LACHANCE L. THOMAS,<br><br>        Petitioner,<br><br>    v.<br><br>T. ALLEN,<br><br>        Respondent. | Case No. 1:23-cv-00690-EPG-HC<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(ECF No. 22) |

Petitioner Lachance L. Thomas is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On November 8, 2023, the Court stayed the federal habeas proceedings pending exhaustion of state remedies and ordered Petitioner to file a status report within thirty days of the date of service of the order and every ninety days thereafter. (ECF No. 20.) On December 14, 2023, Petitioner filed his first status report. (ECF No. 21.) As Petitioner had not filed a subsequent status report after ninety days, the Court issued an order to show cause on April 5, 2024. (ECF No. 22.) On April 24, 2024, Petitioner filed his response, stating that his state petition is still awaiting a ruling from the state court. (ECF No. 23.)

Accordingly, IT IS HEREBY ORDERED that:

1. The order to show cause issued on April 5, 2024, is DISCHARGED; and

///

2. Petitioner SHALL FILE a status report within ninety days of the date of service of this order and every ninety days thereafter, in accordance with the November 8, 2023 order.

IT IS SO ORDERED.

Dated: **May 6, 2024**          /s/ Erica P. Grosjean
                                  UNITED STATES MAGISTRATE JUDGE