**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LACHANCE L. THOMAS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>T. ALLEN,<br><br>　　　　Respondent. | Case No. 1:23-cv-00690-EPG-HC<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(ECF No. 25) |

Petitioner Lachance L. Thomas is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On November 8, 2023, the Court stayed the federal habeas proceedings pending exhaustion of state remedies and ordered Petitioner to file a status report within thirty days of the date of service of the order and every ninety days thereafter. (ECF No. 20.) On May 6, 2024, the Court ordered Petitioner to file a status report within ninety days. (ECF No. 24.) As Petitioner had not filed a status report after ninety days, the Court issued an order to show cause on August 21, 2024. (ECF No. 25.) On August 26, 2024, Petitioner filed his response, noting that the state supreme court had yet to issue a ruling and may have lost Petitioner's motion. (ECF No. 26.)

Accordingly, IT IS HEREBY ORDERED that:

1. The order to show cause issued on August 21, 2024, is DISCHARGED; and

///

1

2. Petitioner SHALL FILE a status report within ninety days of the date of service of this order and every ninety days thereafter, in accordance with the November 8, 2023 order.

IT IS SO ORDERED.

Dated:  **August 27, 2024**         /s/ Erica P. Grosjean
                                   UNITED STATES MAGISTRATE JUDGE